UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-06516 ADS Date: November 4, 2026

Title: *Harsh Tamak v. Desert View Facility, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| | |
|---|---|
| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (Dkt, No. 5)**

On November 3, 2026 Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1) and an ex parte Application for Temporary Restraining Order (Dkt. No. 5.) Petitioner seeks a TRO ordering immediate release from immigration custody, among other relief. (Dkt. No. 5.)

This case is governed by Central District of California General Order 26-05, which was adopted in response to the substantial and increasing volume of § 2241 immigration habeas petitions filed in this District and to ensure their uniform, expedited, and orderly resolution on the merits. See Dkt. No. 8. The General Order establishes an accelerated briefing schedule along with procedures for immediate service and prompt adjudication of the petition in its entirety.

In light of this governing structure, Petitioner cannot demonstrate the requisite basis for emergency relief under Winter v. Natural Resources Defense Council, because the alleged harm is already addressed through the expedited adjudication of the underlying habeas petition. Winter v. Natural Resources Defense Council, 555 U.S. 7 (2008) (Petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief"). Thus, the Court concludes that Petitioner is not entitled to ex parte relief.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-06516 ADS Date: November 4, 2026

Title: *Harsh Tamak v. Desert View Facility, et al.*

Accordingly, and because the expedited procedures established by General Order 26-05 provide for prompt resolution of the Petition itself, the ex parte Application for Temporary Restraining Order is denied.

**IT IS SO ORDERED.**

Initials of Clerk kh